In the Matter of GORDON E. PRESHER, JR., Appellant, v ORMEC SYSTEMS CORP. et al., Respondents. [778 NYS2d 336]— Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered July 9, 2003. The order denied petitioner's application for relief under the Securities Takeover Disclosure Act and Business Corporation Law § 624.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Pine, Wisner, Scudder and Kehoe, JJ. [*See* 1 Misc 3d 546.]